No. 10-1155. Robert A. Heghmann, Petitioner v. Timothy F. Geithner, Secretary of the Treasury, et al.

563 U.S. 989, 131 S. Ct. 2460, 179 L. Ed. 2d 1212, 2011 U.S. LEXIS 3692.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 10-1157. American Small Business League, Petitioner v. Small Business Administration.

563 U.S. 989, 131 S. Ct. 2460, 179 L. Ed. 2d 1212, 2011 U.S. LEXIS 3710.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 623 F.3d 1052.

No. 10-1161. Howmedica Osteonics Corp., Petitioner v. Zimmer, Inc., et al.

563 U.S. 989, 131 S. Ct. 2461, 179 L. Ed. 2d 1212, 2011 U.S. LEXIS 3793.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 397 Fed. Appx. 654.

No. 10-1186. Ralph Nader, et al., Petitioners v. Ken Bennett, Secretary of State of Arizona.

563 U.S. 989, 131 S. Ct. 2463, 179 L. Ed. 2d 1212, 2011 U.S. LEXIS 3739.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 407 Fed. Appx. 190.

No. 10-1193. Lauretta Martin-Matera, et vir, Petitioners v. Tennessee Department of Children's Services, et al.

563 U.S. 989, 131 S. Ct. 2464, 179 L. Ed. 2d 1212, 2011 U.S. LEXIS 3760.

May 16, 2011. Petition for writ of certiorari to the Court of Appeals of Tennessee, Eastern Division, denied.

No. 10-1198. Randolph Puryear, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections.

563 U.S. 989, 131 S. Ct. 2464, 179 L. Ed. 2d 1212, 2011 U.S. LEXIS 3627.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-1213. Trustmark Insurance Company, Petitioner v. John Hancock Life Insurance Company (U.S.A.).

563 U.S. 989, 131 S. Ct. 2465, 179 L. Ed. 2d 1212, 2011 U.S. LEXIS 3792.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 631 F.3d 869.